**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CURLAN MCCRAY, JR.**                                                                                    **PLAINTIFF**

**V.**                                       **5:08CV00104 WRW/JTR**

**W.C. BRASSELL DETENTION CENTER, et al.**                                          **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Pursuant to the screening function mandated by 28 U.S.C. § 1915A, separate Defendant W.C. Brassell Detention Center is DISMISSED, WITH PREJUDICE, because it is not an entity amendable to suit in a § 1983 action.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), than an *in forma pauperis* appeal from this Order would not be taken in good faith

3. The Clerk is directed to prepare a summons for Defendants Hurst, Adams, McClure, Randell, and Royal, and the United States Marshal is directed to serve the summons, Complaint, Amended Complaint (docket entries #2 and #8), and this Order upon them without prepayment of fees and costs or security therefor.

DATED this 21st day of July, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE