**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CURLAN MCCRAY, JR.                                                                                      PLAINTIFF

V.                                         5:08CV00104 JTR

MIKE HURST, Chief,
W. C. Brassell Detention Center, et al.                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, and judgment is granted for Defendants. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 26th day of June, 2009.

_____
UNITED STATES MAGISTRATE JUDGE